UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIE HILL,

                Plaintiff,

      v.

SOAR RESTAURANTS II LLC D/B/A SONIC DRIVE IN,

                Defendant.

**STIPULATION OF DIMISSAL**

Civil Action No. 5:23-cv-00396-GTS-TWD

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 3 0 2025
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

IT IS HEREBY STIPULATED THAT whereas no party hereto is an infant or incompetent, the above entitled action be, and the same hereby is, dismissed as between all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and all claims herein are dismissed with prejudice without attorneys' fees or costs as set forth in the Settlement Agreement and General Release which will not be filed with the court.

WILLIE HILL, pro se

By: _____
      Willie Hill
206 S. Alvord Street
Apartment #2
Syracuse, NY 13203
315-449-7358

BOND, SCHOENECK & KING, PLLC

By:  s/Kate I. Reid
      Howard Miller
      Kate I. Reid (Bar Roll No. 517408)

68 South Service Road - Suite 400
Melville, NY 11747
516-267-6318
Email: hmiller@bsk.com

One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: kreid@bsk.com
*Attorneys for Defendants*

Dated: June 24th, 2025

21597203.v1-4/30/25

IT IS SO ORDERED

_____
Glenn T. Suddaby
U.S. District Judge

Dated: July 30, 2025

Willie Hill
206 S. Alvord St #2
Syracuse, New York
13203

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUL 30 2025

RECEIVED

SYRACUSE NY 130
29 JUL 2025 AM 4 L
1775

U.S DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
P.O. BOX 7367
Syracuse, New York 13261

13261-736767